**ORIGINAL**

Name, address and telephone number of attorney(s)

MARNIN-WEINREB
WAXLER, CARNER, WEINREB & BRODSKY, LLP
1960 E. Grand Avenue
Suite 1210
El Segundo, CA 90245
310-416-1300

| Priority | ✓ |
| Send | ✓ |
| Enter | — |
| Closed | — |
| JS-5/JS-6 | — |
| JS-2/JS-3 | — |
| Scan Only | |

FILED
CLERK, U.S. DISTRICT COURT

MAY - 5 2005

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

AMERICAN CENTURY PROPRIETARY HOLDINGS,
INC., a Delaware corporation,

Plaintiff(s)

v.

AMERICAN CENTURY MORTGAGE CORPORATION, a
California corporation, and DAVID JIN, an individual

Defendant(s)

CASE NUMBER

EDCV05-0355 VAP SGLx

## APPLICATION OF NON-RESIDENT ATTORNEY
## TO APPEAR IN A SPECIFIC CASE

**NOTICE:** *Effective June 1, 2004, the fee for **Pro Hac Vice** is $185.00 for each **case** application. Please submit the fee with your application. Fee is waived for attorneys for the United States, its departments or agencies. To receive orders and judgements by e-mail, complete and return the Optical Scanning Enrollment form (form G-76), available on the court's website at www.cacd.uscourts.gov.*

I, Mark J. Liss _____, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of [ x ] Plaintiff [ ] Defendant: American Century Proprietary Holdings, Inc. _____ by whom I have been retained.

My *out-of-state* business information is as follows:

Firm Name: LEYDIG, VOIT & MAYER, LTD.

Address: Two Prudential Plaza, Suite 4900, Chicago, IL 60601

Telephone number: 312-616-5600          Fax number: 312-616-5700

I am a member in good standing and eligible to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION |
| --- | --- |
| Illinois State Court | 1981 |
| US District Court, Illinois, Northern District | 1981 |
| US Court of Appeals for the Federal Circuit | 1981 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *pro-hac vice* applications to this Court in the following actions:

| CASE NUMBER | TITLE OF ACTION | DATE OF APPLICATION | DATE APPLICATION GRANTED OR DENIED |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |

APR - 2 2005
CLERK, U.S. DISTRICT COURT

CCD-G64

If *pro hac vice* applications set forth in the previous statement have been denied by this Court, please explain:

I designate  Marnin Weinreb _____  as local counsel, whose business information is as follows:

Firm Name: WAXLER , CARNER, WEINREB & BRODSKY _____

Address:    1960 E. Grand Avenue, Suite 1210 _____

            El Segundo, CA 90245 _____

Telephone number: 310-416-1300 _____    Fax number:  310-416-1310 _____

who is a member of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R.Civ. P., the F.R.Crim. P., and the F.R. Evidence.

Date: ___4/27/05_____

_____
*Applicant Signature*
MARK J. LISS

I hereby consent to the foregoing designation.

Date: ___5/2/05_____

_____
*Designee Signature*
MARNIN WEINREB

161591 _____
California State Bar No.

## ORDER

The application to appear *pro hac vice* as requested in the above-entitled case is hereby:

[✓] Granted.

[ ] Denied and fee ordered returned.

Date: __May 5_____

_____
*United States District Judge / Magistrate Judge*

G-64 (08/04)        APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE        PAGE 2 of 2